LOUISVILLE & N. R. CO. v. HALL. (Circuit Court of Appeals, Fifth Circuit. January 25, 1910.) No. 1,974. In Error to the Circuit Court of the United States for the Northern District of Florida. See, also, 157 Fed. 464. W. A. Blount and A. C. Blount, Jr., for plaintiff in error. R. P. Reese and John P. Stokes, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The evidence with regard to the alleged contributory negligence of the deceased, J. L. Hall, was conflicting to such an extent as to warrant, if not require, the case to be submitted to a jury. No other errors in the trial proceedings being suggested in this court, the judgment of the Circuit Court should be affirmed, and it is so ordered.

---

LOUISVILLE & N. R. CO. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. December 21, 1909.) No. 1,825. In Error to the District Court of the United States for the Southern District of Alabama. For opinion below, see 162 Fed. 185. Gregory L. Smith and Harry T. Smith, for plaintiff in error. Wm. H. Armbrecht, U. S. Atty., and Philip J. Doherty, Sp. Asst. U. S. Atty. (Luther M. Walter, Sp. Asst. U. S. Atty., on the brief), for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A majority of the judges are of opinion that the judgment of the District Court is right, and it is, therefore, affirmed.

---

PANKEY et al. v. UNITED STATES.† (Circuit Court of Appeals, Fifth Circuit. December 21, 1909.) No. 2,016. In Error to the Circuit Court of the United States for the Middle District of Alabama. Warren S. Reese and W. A. Gunter, for plaintiffs in error. E. J. Parsons, U. S. Atty. (E. S. Thigpen, Asst. U. S. Atty., on the brief), for the United States. Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The judgment of the Circuit Court is amended by striking out the words, "together with the further sum of interest at the rate of 8 per cent. per annum, or $518.66⅔," and inserting in lieu thereof the words, "with interest thereon at the rate of 8 per cent. per annum from the date of this judgment." And, as so amended, the judgment is affirmed.